## THE CATLIN LAND AND CANAL COMPANY ET AL. v. BURKE, RECEIVER.

APPELLATE PRACTICE.

The assignments of error in this case having been based upon a bill of exceptions which has been stricken from the files, the judgment is affirmed.

*Appeal from the District Court of Bent County.*

Messrs. KILGORE & HESS, for appellants.

Mr. CHARLES E. GAST and Mr. HENRY A. DUBBS, for appellee.

PER CURIAM. The assignments of error in this cause are based upon a bill of exceptions which was stricken from the files upon motion of appellee. See *Catlin Land and Canal Co. v. Burke*, 22 Colo. 419. The question as to whether there

is error in the decree depends upon the evidence, which is not before us. In the record proper no error appears, and the judgment of the district court must, therefore, be affirmed.

*Affirmed.*